B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stamas, Jim** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1167** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**410 East Montrose**<br>**Wood Dale, IL**<br>ZIP Code **60191** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- □ Corporation (includes LLC and LLP)
- □ Partnership
- □ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- □ Health Care Business
- □ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- □ Railroad
- □ Stockbroker
- □ Commodity Broker
- □ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- □ Chapter 9
- □ Chapter 11
- □ Chapter 12
- □ Chapter 13
- □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- □ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- □ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- □ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- □ A plan is being filed with this petition.
- □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- □ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □<br>1-49 | □<br>50-99 | □<br>100-199 | □<br>200-999 | □<br>1,000-5,000 | □<br>5,001-10,000 | □<br>10,001-25,000 | □<br>25,001-50,000 | □<br>50,001-100,000 | □<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | □<br>$500,001 to $1 million | □<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | □<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stamas, Jim** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br><div style="text-align:center">Signature of Attorney for Debtor(s)          (Date)</div> |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stamas, Jim** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jim Stamas**
_____
Signature of Debtor **Jim Stamas**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 17, 2012**
_____
Date

### Signature of Attorney*

**X** **/s/ Ariel Weissberg**
_____
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
_____
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
_____
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
_____
Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
_____
Telephone Number

**April 17, 2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Jim Stamas**                                                                , Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **J&S Produce Corporation**<br>**Northern District of Illinois, Eastern Division** | **12-12063**<br>**Affiliate** | **03/26/12**<br>**Janet S. Baer** |
| **Reliable Food Distribution Center, Inc.**<br>**Northern District of Illinois, Eastern Division** | **12-15616**<br>**Affiliate** | **04/17/12** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Jim Stamas_____      Case No. _____

_____ Debtor(s)      Chapter      __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    _/s/ Jim Stamas_____

                        Jim Stamas

Date:    __April 17, 2012_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jim Stamas**

Debtor

Case No. _____

Chapter             **7**       

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 350,000.00 | | |
| B - Personal Property | Yes | 3 | 25,536.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 260,274.67 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 5,084,967.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,379.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,864.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 375,536.00 | | |
| Total Liabilities | | | | 5,345,241.90 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jim Stamas** _____,     Case No. _____

               Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6D (Official Form 6D) (12/07)

In re **Jim Stamas**                                                        ,    Case No. _____
_____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Toyota Motor Credit<br>P.O. Box 5855<br>Carol Stream, IL 60197 | | - | **Auto Loan**<br><br>**2008 Toyota 4Runner (approx. 62,000 miles)**<br><br>Value $          **15,000.00** | | | | 13,659.00 | 0.00 |
| Account No. xxxxxx3116<br><br>U.S. Bank<br>Attn: Bankruptcy Dept.<br>4801 Frederica St.<br>Owensboro, KY 42301-7441 | | - | **First Mortgage**<br><br>**410 East Montrose, Wood Dale, Illinois, 60191 (approx.)**<br><br>Value $          **350,000.00** | | | | 246,615.67 | 0.00 |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

_**0**_  continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 260,274.67 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 260,274.67 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Jim Stamas**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Jim Stamas**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **ADP, Inc.** **P.O. Box 842854** **Boston, MA 02284-2854** | X | - | | | | | | | 200.69 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Agri-Sales, Inc.** **PO Box 448** **Wadsworth, IL 60083** | X | - | | | | | | | 87,562.42 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Aki and Kroczek Surgical Assoc.** **7447 W. Talcott Road, Suite 221** **Chicago, IL 60631-3745** | X | - | | | | | | | 87,562.42 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Allied Waste Services #710** **P.O. Box 9001154** **Louisville, KY 40290-1154** | X | - | | | | | | | 625.31 |

| | Subtotal (Total of this page) | 175,950.84 |
|---|---|---|

__21__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jim Stamas**                                                                ,          Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | J&S Produce Corporation | | | | |
| **Allison's Lift Truck Service** **1352 Enterprise Drive** **Romeoville, IL 60446** | X | - | | | | | | 10,220.00 |
| Account No. | | | | Reliable Food Distribution Center, Inc. | | | | |
| **Allison's Lift Truck Service** **1352 Enterprise Drive** **Romeoville, IL 60446** | X | - | | | | | | 4,080.00 |
| Account No. xxxxxxxxxxxx3643 | | | | | | | | |
| **American Express** **P.O. Box 360001** **Fort Lauderdale, FL 33336-0001** | | - | | | | | | 1,696.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| **Anthony Marano Company** **3000 South Ashland Avenue, Unit 100** **Chicago, IL 60608-5348** | X | - | | | | | X | 726,829.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| **AT&T** **c/o Debt Collection Systems** **8 S. Michigan Ave., Suite 618** **Chicago, IL 60603** | X | - | | | | | | 42,218.00 |

Sheet no. __1__ of __21__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          785,043.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jim Stamas**                                                                    ,          Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | | - | | **Reliable Food Distribution Center, Inc.** | | | | 281.27 |
| Account No.<br><br>**Becker Dairy**<br>**NW 5724**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-5724** | X | | - | | **J&S Produce Corporation** | | | | 1,553.71 |
| Account No.<br><br>**Belmont Bank & Trust**<br>**8250 W. Belmont Avenue**<br>**Chicago, IL 60634** | | | - | | | | | | 2,620,000.00 |
| Account No.<br><br>**Best Bargains, Inc.**<br>**P.O. Box 873**<br>**6515-352nd Avenue**<br>**New Munster, WI 53152** | X | | - | | **J&S Produce Corporation** | | | | 5,373.78 |
| Account No.<br><br>**Blue Island Produce, Inc.**<br>**2320 S. Blue Island Avenue**<br>**Chicago, IL 60608** | X | | - | | **J&S Produce Corporation** | | | | 62.50 |

Sheet no. __2___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,627,271.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | J&S Produce Corporation | | | | |
| C.L. Doucette, Inc. 3610 S. Morgan Street Chicago, IL 60609-1588 | X | - | | | | | | |
| | | | | | | | | 540.00 |
| Account No. | | | | Reliable Food Distribution Center, Inc. | | | | |
| Calavo Growers, Inc. 1141A Cummings Road Santa Paula, CA 93060 | X | - | | | | | | |
| | | | | | | | | 5,148.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Castella Imports, Inc. 60 Davids Drive Hauppauge, NY 11788 | X | - | | | | | | |
| | | | | | | | | 3,124.50 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Cental Produce Distributors, Inc. P.O. Box 163 Payette, ID 83661 | X | - | | | | | | |
| | | | | | | | | 51,811.95 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Chicago Area I.B. of T Pension Fund 300 S Ashland Ave Ste 502 Chicago, IL 60607-2712 | X | - | | | | | | |
| | | | | | | | | 1,282.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,906.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                                    , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Chicago Area IB of T Health&Welfare** **1333 Butterfield Rd Ste 110** **Downers Grove, IL 60515-5639** | X | - | | | | | | | |
| | | | | | | | | | 893.46 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Chicago Area IB of T Severance** **1333 Butterfield Rd Ste 110** **Downers Grove, IL 60515-5639** | X | - | | | | | | | |
| | | | | | | | | | 359.66 |
| Account No. | | | | | Reliable Food Distribution Center, Inc. | | | | |
| **Chicago Lift Truck, Inc.** **322 N. Leavitt St.** **Chicago, IL 60612** | X | - | | | | | | | |
| | | | | | | | | | 955.86 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Christopher Ranch, LLC** **305 Bloomfield Avenue** **Gilroy, CA 95020-9565** | X | - | | | | | | | |
| | | | | | | | | | 1,364.00 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Columbus** **4990 Paysphere Circle** **Chicago, IL 60674** | X | - | | | | | | | |
| | | | | | | | | | 4,971.00 |
| Sheet no. __4__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 8,543.98 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | J&S Produce Corporation | | | | |
| ComED PO Box 6111 Carol Stream, IL 60197 | X | - | | | | | | | 4,971.00 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| Cooseman's Chicago, Inc. 2404 S. Wolcott Ave. Unit 13 Chicago, IL 60608 | X | - | | | | | | | 23,525.00 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| Cornille & Sons, Inc. 2404 S. Wolcott AVenue, Unit 4 Chicago, IL 60608 | X | - | | | | | | | 23,525.00 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| Culligan 375 W. South Frontage Rd. Bolingbrook, IL 60440 | X | - | | | | | | | 25.95 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| D.M. Emporium Imports, Inc. 3014 Willow St. Franklin Park, IL 60131 | X | - | | | | | | | 25.95 |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,072.90

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                                                 ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. | | | | J&S Produce Corporation | | | | |
| Del Monte Fresh Produce, N.A., Inc. 33979 Treasury Center Chicago, IL 60694-3900 | X | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. **xx-xx-x1435** | | | | Domestic Mushroom Co., Inc. v. J&S Produce Corp. et al, 10-cv-01435 | | | | |
| Domestic Mushroom Co., Inc. c/o McCarron & Diess 4530 Wisconsin Avenue Washington, DC 20016 | X | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Reliable Food Distribution Center, Inc. | | | | |
| Dot Foods, Inc. PO Box 952589 Saint Louis, MO 63915-2589 | X | - | | | | | | |
| | | | | | | | | 329.01 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Dunbar Security Products, Inc. P.O. Box 333 Baltimore, MD 21203 | X | - | | | | | | |
| | | | | | | | | 763.87 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Employer's Preferred Ins. Co. c/o Lamb, Little & Co. PO Box 53089 Phoenix, AZ 85072-3089 | X | - | | | | | | |
| | | | | | | | | 1,133.77 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,226.65

B6F (Official Form 6F) (12/07) - Cont.

In re **Jim Stamas** _____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Reliable Food Distribution Center, Inc. | | | | |
| Equipment Financing Corp. 5450 S CENTER AVE Summit Argo, IL 60501 | X | - | | | | | | 5,000.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Eureka Chemical Lab, Inc. 4701 S. Whipple Street Chicago, IL 60632 | X | - | | | | | | 4,752.00 |
| Account No. | | | | | | | | |
| Eve Stamas 2340 Mayfair Ave. Westchester, IL 60154 | | - | | | | | X | Unknown |
| Account No. | | | | J&S Produce Corporation | | | | |
| Evergreen International, Inc. 2404 S. Wolcott Avenue, Units 8&( Chicago, IL 60608-5390 | X | - | | | | | | 5,705.50 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Everyday Fresh 2404 S. Wolcott Avenue, Unit 14 Chicago, IL 60608 | X | - | | | | | | 2,132.00 |

Sheet no. _7__ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **17,589.50**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Jim Stamas**                                                          ,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5467** | | | | | | | | |
| **Fifth Third Bank**<br>**P.O. Box 740789**<br>**Cincinnati, OH 45274-0789** | | - | | | | | | 1,797.00 |
| Account No. | | | | **J&S Produce Corporation** | | | | |
| **Foulds, Inc.**<br>**520 E. Church Street**<br>**Libertyville, IL 60048** | X | - | | | | | | 3,639.14 |
| Account No. | | | | **Reliable Food Distribution Center, Inc.** | | | | |
| **George J. Bahramis & Co., P.C.**<br>**236 Waukegan Road**<br>**Glenview, IL 60025** | X | - | | | | | | 5,850.00 |
| Account No. | | | | **J&S Produce Corporation** | | | | |
| **George J. Bahramis & Co., PC**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | X | - | | | | | | 1,200.00 |
| Account No. | | | | **J&S Produce Corporation** | | | | |
| **Gold Standard Baking**<br>**3700 S. Kedzie Avenue**<br>**Chicago, IL 60632** | X | - | | | | | | 2,760.00 |

Sheet no. __**8**___ of __**21**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,246.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Gourmet's Finest**<br>**P.O. Box 160**<br>**Avondale, PA 19311** | X | - | | | **J&S Produce Corporation** | | | | 47,383.60 |
| Account No.<br><br>**Great Garlic Foods, Inc.**<br>**709 5th Avenue**<br>**Bradley Beach, NJ 07720** | X | - | | | **Reliable Food Distribution Center, Inc.** | | | | 6,395.00 |
| Account No.<br><br>**Gulfstream Tomato Packers**<br>**P.O. Box 970349**<br>**Perrine, FL 33197-0349** | X | - | | | **J&S Produce Corporation** | | | | 16,447.00 |
| Account No.<br><br>**Harleysville Preferred Ins. Co.**<br>**Processing Center**<br>**PO Box 37712**<br>**Philadelphia, PA 19101-5012** | X | - | | | **J&S Produce Corporation** | | | | 1,248.20 |
| Account No.<br><br>**Helen Pappas**<br>**12243 W SILVER MAPLE DR.**<br>**Homer Glen, IL 60491** | | - | | | | | | X | Unknown |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,473.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jim Stamas**                                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Hiatt Produce, Inc.** **1305 Winnersw Cup Circle St.** **Saint Charles, IL 60174** | X | - | | | | | | | 26,521.50 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Illinois Dept. of Revenue** **PO Box 19032** **Springfield, IL 62794-9032** | X | - | | | | | | | 563.00 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Illinois Secretary of State** **501 S. Second Street** **Springfield, IL** | X | - | | | | | | | 563.00 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| **Image Systems & Business Solutions,** **1776 Commerce Drive** **Elk Grove Village, IL 60007** | X | - | | | | | | | 116.16 |
| Account No. | | | | | Reliable Food Distribution Center, Inc. | | | | |
| **Imprint Enterprises, Inc.** **555 N COMMONS DRIVE** **Aurora, IL 60504** | X | - | | | | | | | 119.65 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,883.31

B6F (Official Form 6F) (12/07) - Cont.

In re __Jim Stamas_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | C | | | | | |
| Account No. | | | | | Reliable Food Distribution Center, Inc. | | | | |
| J&S Produce Corporation 2300 W. Lake St. Unit A Chicago, IL 60612 | X | - | | | | | | | 1,084.50 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| Jack Tuchten Wholesale Produce, Inc 2404 S. Wolcott Unit 31 Chicago, IL 60608 | X | - | | | | | | | 24.50 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| Jackson National Life Insurance 1 Corporate Way Lansing Lansing, MI 48951 | X | - | | | | | | | 24.50 |
| Account No. | | | | | Reliable Food Distribution Center, Inc. | | | | |
| James Stamas 410 E. Montrose Wood Dale, IL 60191 | X | - | | | | | | | 112,511.05 |
| Account No. | | | | | J&S Produce Corporation | | | | |
| JKC Trucking 5454 S. Center Ave. Summit Argo, IL 60501 | X | - | | | | | | | 101,200.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

214,844.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jim Stamas** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Reliable Food Distribution Center, Inc. | | | | |
| John Lahey 203 South Ridge Arlington Heights, IL 60005 | X | - | | | | | | 50,400.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| K-Line Transportation P).O. Box 3154 Barrington, IL 60011 | X | - | | | | | | 2,590.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Kaiser Marketing 766 Exmoor Oaks Drive Highland Park, IL 60035 | X | - | | | | | | 4,800.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Ken's Pest Control 162 W. 34th Street Steger, IL 60475 | X | - | | | | | | 510.00 |
| Account No. | | | | Reliable Food Distribution Center, Inc. | | | | |
| Kutlich Corp. 2402 ELMWOOD Berwyn, IL 60402 | X | - | | | | | | 100.00 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,400.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                            ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | J&S Produce Corporation | | | | |
| La Galera Produce LLC 2404 S. Wolcott Ave. Chicago, IL 60608 | X | - | | | | | | 1,138.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| LaParisien Bakery 4140 N. Kolmar Chicago, IL 60641 | X | - | | | | | | 4,754.70 |
| Account No. | | | | J&S Produce Corporation | | | | |
| M&M Supply Co. 3923 Oklahoma Avenue Woodward, OK 73801 | X | - | | | | | X | Unknown |
| Account No. | | | | J&S Produce Corporation | | | | |
| Mandolini Co. 2404 S. Wolcott Avenue, Unit 28 Chicago, IL 60608 | X | - | | | | | | 7,202.00 |
| Account No. | | | | | | | | |
| Maria Pappas 12243 W SILVER MAPLE DR. Homer Glen, IL 60491 | | - | | | | | X | Unknown |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,094.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                                    ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Market Produce-Frankie Inc.** <br> **951 W. Randolph St.** <br> **Chicago, IL 60607** | X | - | **J&S Produce Corporation** | | | | 114.45 |
| Account No. <br><br> **Martin Cartage & Express, Inc.** <br> **1101 Ellis Street** <br> **Bensenville, IL 60106** | X | - | **Reliable Food Distribution Center, Inc.** | | | | 1,709.00 |
| Account No. <br><br> **Michael J. Navilio & Son** <br> **2404 S. Wolcott** <br> **Units 26-27** <br> **Chicago, IL 60608** | X | - | **J&S Produce Corporation** | | | | 6.75 |
| Account No. <br><br> **New Generation Business Solutions** <br> **36340 NORTH TARA COURT** <br> **Ingleside, IL 60041** | X | - | **Reliable Food Distribution Center, Inc.** | | | | 870.00 |
| Account No. <br><br> **Nick Pappas** <br> **12243 W SILVER MAPLE DR.** <br> **Homer Glen, IL 60491** | | - | | | | X | Unknown |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,700.20

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jim Stamas**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8829**  <br><br>**Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507** | | - | | | | | 157.00 |
| Account No. **xxxxxx2733**  <br><br>**Nordstrom FSB**<br>**P.O. Box 6555**<br>**Englewood, CO 80155** | | - | | | | | 7,406.00 |
| Account No.  <br><br>**Norpac Foods, Inc.**<br>**930 West Washington Street**<br>**Stayton, OR 97383** | | - | **Reliable Food Distribution Center, Inc.** | | | X | Unknown |
| Account No.  <br><br>**Olympic Wholesale Produce, Inc.**<br>**2404 S. Wolcott Avenue, Unit 15**<br>**Chicago, IL 60608** | X | - | **J&S Produce Corporation** | | | | 27,920.00 |
| Account No.  <br><br>**Orval Kent Food Co., Inc.**<br>**120 W. Palatine Rd.**<br>**Wheeling, IL 60090** | X | - | **Reliable Food Distribution Center, Inc.** | | | | 67,601.14 |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**103,084.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jim Stamas**                                            , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | J&S Produce Corporation | | | | |
| **Patrick Small Company** **P.O. Box 7426** **Spreckels, CA 93962** | X | - | | | | | | | 218,172.72 |
| **Account No.** | | | | | J&S Produce Corporation | | | | |
| **Peoples Gas** **Chicago, IL 60687-0001** | X | - | | | | | | | 728.55 |
| **Account No.** | | | | | J&S Produce Corporation | | | | |
| **Phillips 66-Conoco-6 Processing** **P.O. Box 689061** **Des Moines, IA 50368** | X | - | | | | | | | 2,576.67 |
| **Account No.** | | | | | J&S Produce Corporation | | | | |
| **Phoenix Produce Co.** **2404 S. Wolcott** **Chicago, IL 60608** | X | - | | | | | | | 3,139.00 |
| **Account No.** | | | | | J&S Produce Corporation | | | | |
| **Production Workes Local Union 707** **P.O. Box 661248** **Chicago, IL 60666-1248** | X | - | | | | | | | 3,737.50 |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    228,354.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Quality Food Products, Inc.** <br> **172 N. Peoria Street** <br> **Chicago, IL 60607** | X | - | **J&S Produce Corporation** | | | | 52,919.75 |
| Account No. <br><br> **Quill** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101** | X | - | **Reliable Food Distribution Center, Inc.** | | | | 132.79 |
| Account No. <br><br> **RFD/The Food Distribution Center** <br> **2300 West Lake St., Unit A** <br> **Chicago, IL 60612** | X | - | **J&S Produce Corporation** | | | | 594.21 |
| Account No. <br><br> **Ripon Pickle Company, Inc.** <br> **1039 Beier Road** <br> **Ripon, WI 54971** | X | - | **J&S Produce Corporation** | | | | 1,169.40 |
| Account No. <br><br> **Roins Produce** <br> **2300 W. Lake St.** <br> **Unit A** <br> **Chicago, IL 60612** | X | - | **Reliable Food Distribution Center, Inc.** | | | | 50.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,866.15

B6F (Official Form 6F) (12/07) - Cont.

In re __**Jim Stamas**_____,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | J&S Produce Corporation | | | | |
| Ruby Robinson Co. P.O. Box 88492 Chicago, IL 60680-1492 | X | - | | | | | | |
| | | | | | | | | 41,432.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Seyfarth & Shaw 131 S. Dearborn St., Suite 2400 Chicago, IL 60603-5577 | X | - | | | | | | |
| | | | | | | | | 3,722.71 |
| Account No. | | | | J&S Produce Corporation | | | | |
| Silver Creek Produce, LLC P.O. Box 312 Rigby, ID 83442 | X | - | | | | | | |
| | | | | | | | | 36,489.00 |
| Account No. | | | | J&S Produce Corporation | | | | |
| South Central Bank 525 West Roosevelt Road Chicago, IL 60607 | X | - | | | | | | |
| | | | | | | | | 330,000.00 |
| Account No. xxxxxxxxxx0015 | | | | | | | | |
| South Central Bank 525 West Roosevelt Road Chicago, IL 60607 | | - | | | | | | |
| | | | | | | | | 3,434.80 |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

415,078.51

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | J&S Produce Corporation | | | | |
| **Sprint**<br>**P.O. Box 8077**<br>**London, KY 40742** | X | - | | | | | **664.30** |
| Account No. | | | | | | | |
| **Stevie Stamas**<br>**2340 Mayfair Ave.**<br>**Westchester, IL 60154** | | - | | | | X | **Unknown** |
| Account No. | | | J&S Produce Corporation | | | | |
| **Suez Energy Resources**<br>**P.O. Box 25237 Lehigh Valley**<br>**Lehigh Valley, PA 18002-5237** | X | - | | | | | **19,661.43** |
| Account No. | | | J&S Produce Corporation | | | | |
| **Sunriver of Idaho**<br>**P.O. Box 399**<br>**Aberdeen, ID 83210** | X | - | | | | | **77,579.70** |
| Account No. | | | J&S Produce Corporation | | | | |
| **Swiss Products**<br>**4333 W. Division St.**<br>**Chicago, IL 60651** | X | - | | | | | **5,239.50** |

Sheet no. __**19**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **103,144.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jim Stamas**                                                      ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Office Connection**<br>**26442 Haggerty**<br>**Farmington, MI 48331-3461** | X | - | J&S Produce Corporation | | | X | 555.80 |
| Account No.<br><br>**TJ Produce**<br>**2551 Division St., Suite 103**<br>**Joliet, IL 60435** | X | - | J&S Produce Corporation | | | | 5,404.60 |
| Account No.<br><br>**Tom Lange Co., Inc.**<br>**16W277 83rd Street, Suite A**<br>**Burr Ridge, IL 60527-7951** | X | - | J&S Produce Corporation | | | | 8,433.60 |
| Account No.<br><br>**Union Pacific Distribution Services**<br>**3624 Collections Center Dr.**<br>**Chicago, IL 60693** | X | - | J&S Produce Corporation | | | | 18,419.04 |
| Account No.<br><br>**USDA, AMS, F&V Fresh Branch**<br>**P.O. Box 790306**<br>**Saint Louis, MO 63179-0306** | X | - | J&S Produce Corporation | | | | 245.84 |

Sheet no. __20__ of __21__ sheets attached to Schedule of                          Subtotal                    33,058.88
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jim Stamas**                                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Vegetable Fresh, Inc.** 2059 South Jefferson St. Chicago, IL 60616 | X | - | | J&S Produce Corporation | | | | 9,096.40 |
| Account No. **Wiscon Corporation** 2050 N. 15th Avenue Melrose Park, IL 60160 | X | - | | J&S Produce Corporation | | | | 3,360.00 |
| Account No. **World Wide Produce** 2404 South Wolcott Units 1,2,3 and 4 Chicago, IL 60608 | X | - | | J&S Produce Corporation | | | | 676.50 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 13,132.90 |
| Total (Report on Summary of Schedules) | | 5,084,967.23 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Jim Stamas**
_____     Case No. _____
                                    Debtor(s)         Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___45___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 17, 2012**_____        Signature    **/s/ Jim Stamas**_____
                                                             **Jim Stamas**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Jim Stamas__                  Case No.
                                Debtor(s)        Chapter   __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __April 17, 2012__        __/s/ Ariel Weissberg__
                                      **Ariel Weissberg 03125591**
                                      **Weissberg and Associates, Ltd.**
                                      **401 S. LaSalle St.**
                                      **Suite 403**
                                      **Chicago, IL 60605**
                                      **312-663-0004  Fax: 312-663-1514**
                                      **ariel@weissberglaw.com**

## WEISSBERG AND ASSOCIATES, LTD.

401 South LaSalle                                          Telephone: 312/663-0004
Suite 403                                                 Facsimile: 312/663-1514
Chicago, Illinois 60605                                           E-Mail:
**ariel@weissberglaw.com**

April 17, 2012

Mr. Jimmy Stamas                    By Email: JSPRODUCE1@YAHOO.COM
2300 W. Lake St. Unit A
Chicago, Illinois  60612

### Re:    Financial Matters—Chapter 7

Dear Jimmy:

We are pleased that you have requested this law firm to represent you in the above-captioned matter.   Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client.  This letter sets forth the terms concerning our representation of you.

You agree to pay our firm an advanced payment fee in the amount of $3,500.00 plus $306.00 for the filing fee (the "Advanced Payment Retainer"), from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

Should a Complaint objecting to your discharge or the dischargeability of a claim be filed against you ("Adversary Proceeding"), we will bill you on an hourly basis--to be applied against the Advanced Payment Retainer.  Our billing is based on an hourly rate of $400.00 for time expended by me and $350.00 for time expended by the associates of Weissberg and Associates, Ltd.  Fractions of hours are computed in increments of one quarter (1/4) of an hour.  Some of the work on your case may be done by a paralegal assistant or by a law clerk whose hourly rates are substantially lower; and to the extent that their time is utilized, your overall fee will be reduced.

You shall also be responsible for paying all out-of-pocket expenses incurred by my firm in representing you in any such Adversary Proceeding, such as filings with courts and government agencies, photocopying, facsimile transmissions, express courier services, messenger services, computerized Westlaw research, travel costs, and other expenses and charges.

Please date and countersign this letter and return it to me so that we will have a written mutual memorandum of our understanding.  Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

AW/mm

**ACCEPTED this ___ day of April, 2012**

JIMMY STAMAS

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jim Stamas**                                                    Case No.
                                       Debtor(s)       Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor
        I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy
Code.

**Jim Stamas**                                          X **/s/ Jim Stamas**                        **April 17, 2012**
Printed Name(s) of Debtor(s)                            Signature of Debtor                    Date

Case No. (if known) _____              X _____
                                                        Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the
Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the
notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jim Stamas**  _____  Case No. _____
                              Debtor(s)    Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **205**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 17, 2012** _____    **/s/ Jim Stamas** _____
                                            **Jim Stamas**
                                            Signature of Debtor

ADP, Inc.
P.O. Box 842854
Boston, MA 02284-2854


Agri-Sales, Inc.
PO Box 448
Wadsworth, IL 60083


Aki and Kroczek Surgical Assoc.
7447 W. Talcott Road, Suite 221
Chicago, IL 60631-3745


Allied Waste Services #710
P.O. Box 9001154
Louisville, KY 40290-1154


Allison's Lift Truck Service
1352 Enterprise Drive
Romeoville, IL 60446


Allison's Lift Truck Service
1352 Enterprise Drive
Romeoville, IL 60446


American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


Anthony Marano Company
3000 South Ashland Avenue, Unit 100
Chicago, IL 60608-5348


AT&T
c/o Debt Collection Systems
8 S. Michigan Ave., Suite 618
Chicago, IL 60603


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Becker Dairy
NW 5724
P.O. Box 1450
Minneapolis, MN 55485-5724

Belmont Bank & Trust
8250 W. Belmont Avenue
Chicago, IL 60634

Best Bargains, Inc.
P.O. Box 873
6515-352nd Avenue
New Munster, WI 53152

Blue Island Produce, Inc.
2320 S. Blue Island Avenue
Chicago, IL 60608

C.L. Doucette, Inc.
3610 S. Morgan Street
Chicago, IL 60609-1588

Calavo Growers, Inc.
1141A Cummings Road
Santa Paula, CA 93060

Castella Imports, Inc.
60 Davids Drive
Hauppauge, NY 11788

Cental Produce Distributors, Inc.
P.O. Box 163
Payette, ID 83661

Chicago Area I.B. of T Pension Fund
300 S Ashland Ave
Ste 502
Chicago, IL 60607-2712

Chicago Area IB of T Health&Welfare
1333 Butterfield Rd Ste 110
Downers Grove, IL 60515-5639

Chicago Area IB of T Severance
1333 Butterfield Rd Ste 110
Downers Grove, IL 60515-5639

Chicago Lift Truck, Inc.
322 N. Leavitt St.
Chicago, IL 60612

Christopher Ranch, LLC
305 Bloomfield Avenue
Gilroy, CA 95020-9565


Columbus
4990 Paysphere Circle
Chicago, IL 60674


ComED
PO Box 6111
Carol Stream, IL 60197


Cooseman's Chicago, Inc.
2404 S. Wolcott Ave.
Unit 13
Chicago, IL 60608


Cornille & Sons, Inc.
2404 S. Wolcott AVenue, Unit 4
Chicago, IL 60608


Culligan
375 W. South Frontage Rd.
Bolingbrook, IL 60440


D.M. Emporium Imports, Inc.
3014 Willow St.
Franklin Park, IL 60131


Del Monte Fresh Produce, N.A., Inc.
33979 Treasury Center
Chicago, IL 60694-3900


Domestic Mushroom Co., Inc.
c/o McCarron & Diess
4530 Wisconsin Avenue
Washington, DC 20016


Dot Foods, Inc.
PO Box 952589
Saint Louis, MO 63915-2589


Dunbar Security Products, Inc.
P.O. Box 333
Baltimore, MD 21203

Employer's Preferred Ins. Co.
c/o Lamb, Little & Co.
PO Box 53089
Phoenix, AZ 85072-3089


Equipment Financing Corp.
5450 S CENTER AVE
Summit Argo, IL 60501


Eureka Chemical Lab, Inc.
4701 S. Whipple Street
Chicago, IL 60632


Eve Stamas
2340 Mayfair Ave.
Westchester, IL 60154


Evergreen International, Inc.
2404 S. Wolcott Avenue, Units 8&(
Chicago, IL 60608-5390


Everyday Fresh
2404 S. Wolcott Avenue, Unit 14
Chicago, IL 60608


Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274-0789


Foulds, Inc.
520 E. Church Street
Libertyville, IL 60048


George J. Bahramis & Co., P.C.
236 Waukegan Road
Glenview, IL 60025


George J. Bahramis & Co., PC
236 Waukegan Rd.
Glenview, IL 60025


Gold Standard Baking
3700 S. Kedzie Avenue
Chicago, IL 60632

Gourmet's Finest
P.O. Box 160
Avondale, PA 19311


Great Garlic Foods, Inc.
709 5th Avenue
Bradley Beach, NJ 07720


Gulfstream Tomato Packers
P.O. Box 970349
Perrine, FL 33197-0349


Harleysville Preferred Ins. Co.
Processing Center
PO Box 37712
Philadelphia, PA 19101-5012


Helen Pappas
12243 W SILVER MAPLE DR.
Homer Glen, IL 60491


Hiatt Produce, Inc.
1305 Winnersw Cup Circle St.
Saint Charles, IL 60174


Illinois Dept. of Revenue
PO Box 19032
Springfield, IL 62794-9032


Illinois Secretary of State
501 S. Second Street
Springfield, IL


Image Systems & Business Solutions,
1776 Commerce Drive
Elk Grove Village, IL 60007


Imprint Enterprises, Inc.
555 N COMMONS DRIVE
Aurora, IL 60504


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612

```
J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


J&S Produce Corporation
2300 W. Lake St.
Unit A
Chicago, IL 60612


Jack Tuchten Wholesale Produce, Inc
2404 S. Wolcott
Unit 31
Chicago, IL 60608


Jackson National Life Insurance
1 Corporate Way Lansing
Lansing, MI 48951


James Stamas
410 E. Montrose
Wood Dale, IL 60191


JKC Trucking
5454 S. Center Ave.
Summit Argo, IL 60501
```

John Lahey
203 South Ridge
Arlington Heights, IL 60005


K-Line Transportation
P).O. Box 3154
Barrington, IL 60011


Kaiser Marketing
766 Exmoor Oaks Drive
Highland Park, IL 60035


Ken's Pest Control
162 W. 34th Street
Steger, IL 60475


Kutlich Corp.
2402 ELMWOOD
Berwyn, IL 60402


La Galera Produce LLC
2404 S. Wolcott Ave.
Chicago, IL 60608


LaParisien Bakery
4140 N. Kolmar
Chicago, IL 60641


M&M Supply Co.
3923 Oklahoma Avenue
Woodward, OK 73801


Mandolini Co.
2404 S. Wolcott Avenue, Unit 28
Chicago, IL 60608


Maria Pappas
12243 W SILVER MAPLE DR.
Homer Glen, IL 60491


Market Produce-Frankie Inc.
951 W. Randolph St.
Chicago, IL 60607

Martin Cartage & Express, Inc.
1101 Ellis Street
Bensenville, IL 60106


Michael J. Navilio & Son
2404 S. Wolcott
Units 26-27
Chicago, IL 60608


New Generation Business Solutions
36340 NORTH TARA COURT
Ingleside, IL 60041


Nick Pappas
12243 W SILVER MAPLE DR.
Homer Glen, IL 60491


Nicor Gas
P.O. Box 2020
Aurora, IL 60507


Nordstrom FSB
P.O. Box 6555
Englewood, CO 80155


Norpac Foods, Inc.
930 West Washington Street
Stayton, OR 97383


Olympic Wholesale Produce, Inc.
2404 S. Wolcott Avenue, Unit 15
Chicago, IL 60608


Orval Kent Food Co., Inc.
120 W. Palatine Rd.
Wheeling, IL 60090


Patrick Small Company
P.O. Box 7426
Spreckels, CA 93962


Peoples Gas
Chicago, IL 60687-0001

```
Phillips 66-Conoco-6 Processing
P.O. Box 689061
Des Moines, IA 50368


Phoenix Produce Co.
2404 S. Wolcott
Chicago, IL 60608


Production Workes Local Union 707
P.O. Box 661248
Chicago, IL 60666-1248


Quality Food Products, Inc.
172 N. Peoria Street
Chicago, IL 60607


Quill
P.O. Box 37600
Philadelphia, PA 19101


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

```
Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612
```

Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


Reliable Food Distribution Center
2300 W. Lake St.
Unit A
Chicago, IL 60612


RFD/The Food Distribution Center
2300 West Lake St., Unit A
Chicago, IL 60612


Ripon Pickle Company, Inc.
1039 Beier Road
Ripon, WI 54971


Roins Produce
2300 W. Lake St.
Unit A
Chicago, IL 60612


Ruby Robinson Co.
P.O. Box 88492
Chicago, IL 60680-1492


Seyfarth & Shaw
131 S. Dearborn St., Suite 2400
Chicago, IL 60603-5577


Silver Creek Produce, LLC
P.O. Box 312
Rigby, ID 83442

South Central Bank
525 West Roosevelt Road
Chicago, IL 60607


South Central Bank
525 West Roosevelt Road
Chicago, IL 60607


Sprint
P.O. Box 8077
London, KY 40742


Stevie Stamas
2340 Mayfair Ave.
Westchester, IL 60154


Suez Energy Resources
P.O. Box 25237 Lehigh Valley
Lehigh Valley, PA 18002-5237


Sunriver of Idaho
P.O. Box 399
Aberdeen, ID 83210


Swiss Products
4333 W. Division St.
Chicago, IL 60651


The Office Connection
26442 Haggerty
Farmington, MI 48331-3461


TJ Produce
2551 Division St., Suite 103
Joliet, IL 60435


Tom Lange Co., Inc.
16W277 83rd Street, Suite A
Burr Ridge, IL 60527-7951


Toyota Motor Credit
P.O. Box 5855
Carol Stream, IL 60197

U.S. Bank
Attn: Bankruptcy Dept.
4801 Frederica St.
Owensboro, KY 42301-7441


Union Pacific Distribution Services
3624 Collections Center Dr.
Chicago, IL 60693


USDA, AMS, F&V Fresh Branch
P.O. Box 790306
Saint Louis, MO 63179-0306


Vegetable Fresh, Inc.
2059 South Jefferson St.
Chicago, IL 60616


Wiscon Corporation
2050 N. 15th Avenue
Melrose Park, IL 60160


World Wide Produce
2404 South Wolcott
Units 1,2,3 and 4
Chicago, IL 60608